**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BONE CARE INTERNATIONAL LLC
and GENZYME CORPORATION

v.

PENTECH PHARMACEUTICALS, INC.

Case Number:

**FILED**
**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BONE CARE INTERNATIONAL LLC
and GENZYME CORPORATION

**08 C 1083**

| | |
|---|---|
| NAME (Type or print) | |
| Sarah R. Wolff | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Sarah R. Wolff | |
| FIRM | |
| REED SMITH LLP | |
| STREET ADDRESS | |
| 10 South Wacker Drive - 40th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3123733 | 312-207-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

**JUDGE DOW**
**MAGISTRATE JUDGE ASHMAN**