EDA

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1083**

| In the Matter of | Case Number: |
|---|---|
| BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION | |

v.

PENTECH PHARMACETICALS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BONE CARE INTERNATIONAL LLC
and GENZYME CORPORATION

| NAME (Type or print) |
|---|
| Jennifer Yule DePriest |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jennifer Yule DePriest |
| FIRM |
| REED SMITH LLP |
| STREET ADDRESS |
| 10 South Wacker Drive - 40th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272137 | 312-207-1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

**JUDGE DOW**
**MAGISTRATE JUDGE ASHMAN**