**FILED**

**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION, ) ) ) | **08 C 1083** |
| *Plaintiffs*, ) ) | |
| **v.** ) ) | Civil Action No.:   **JUDGE DOW** |
| PENTECH PHARMACEUTICALS, INC., ) ) ) | **MAGISTRATE JUDGE ASHMAN** |
| *Defendant*. ) | |

<u>Notice Of Claims Involving Patents</u>

Pursuant to Local Rule 3.4, in order to assist the Clerk of this Court in complying with the requirement to notify the Director for the United States Patent and Trademark Office of any claim arising under U.S.C. Title 35, Plaintiffs provide below the information required pursuant to 35 U.S.C. § 290.

<u>Parties And Addresses</u>

1.      Plaintiff Bone Care International, LLC is a limited liability company organized and existing under the laws of the state of Delaware, having a principal place of business at 500 Kendall Street, Cambridge, Massachusetts, 02142.

2.      Plaintiff Genzyme Corporation is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, having a principal place of business at 500 Kendall Street, Cambridge, Massachusetts, 02142.

3.      On information and belief, Defendant Pentech Pharmaceuticals, Inc. is a corporation organized and existing under the laws of the state of Illinois, having a principal place of business at 3315 Algonquin Road, Rolling Meadows, Illinois 60008.

**Patents-In-Suit**

4.      The patents upon which this action has been brought are United States

Patent Nos. 5,602,116 ("the '116 patent") and 6,903,083 ("the '083 patent").

**Inventors**

5.      The inventors of the '116 and '083 patents are Joyce C. Knutson, Charles

W. Bishop and Richard B. Mazess.

Dated: February 21, 2008

Respectfully submitted,

**BONE CARE INTERNATIONAL LLC and
GENZYME CORPORATION,** *Plaintiffs*


By:     /s/ Jennifer Yule DePriest
        Sarah R. Wolff (IL Bar No. 03123733)
        Jennifer Yule DePriest (IL Bar No. 6272137)
        REED SMITH LLP
        10 South Wacker Drive, 40th Floor
        Chicago, Illinois 60606-7507
        Phone: (312) 207-1000
        Facsimile: (312) 207-6400
        jdepriest@reedsmith.com

        *Attorneys for Plaintiffs*
        *Bone Care International LLC and Genzyme*
        *Corporation*

Of Counsel:
Robert L. Baechtold
Scott K. Reed
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3800
Phone: (212) 218-2100
Facsimile: (212) 218-2200

CHILIB-2161718.1-999906-00810