FILED
FEBRUARY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BONE CARE INTERNATIONAL LLC** and **GENZYME CORPORATION,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**PENTECH PHARMACEUTICALS, INC.,**<br><br>*Defendant*. | **08 C 1083**<br><br>Civil Action No.:<br><br>**JUDGE DOW**<br>**MAGISTRATE JUDGE ASHMAN** |

**Disclosure Statement And Notification Of Affiliates**

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Plaintiffs Bone Care International, LLC and Genzyme Corporation ("Genzyme") hereby certify that (i) Genzyme is the sole member of Bone Care International, LLC; and (ii) U.B.S. Global Asset Management and Clearbridge Advisors, LLC each own 5% or more of Genzyme. Genzyme's stock is listed on the NASDAQ.

Dated: February 21, 2008

Respectfully submitted,

**BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION,** *Plaintiffs*

By:  /s/ Jennifer Yule DePriest
 Sarah R. Wolff (IL Bar No. 03123733)
 Jennifer Yule DePriest (IL Bar No. 6272137)
 REED SMITH LLP
 10 South Wacker Drive, 40th Floor
 Chicago, Illinois 60606-7507
 Phone: (312) 207-1000
 Facsimile: (312) 207-6400
 jdepriest@reedsmith.com

*Attorneys for Plaintiffs Bone Care International LLC and Genzyme Corporation*

-2-

Of Counsel:
Robert L. Baechtold
Scott K. Reed
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3800
Phone: (212) 218-2100
Facsimile: (212) 218-2200

CHILIB-2161720.1-999906-00810