AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| **DOCKET**<br>08-cv-01083 | **DATE FILED**<br>02/21/2008 | **UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
|---|---|---|
| **PLAINTIFF**<br>Bone Care International LLC et al | | **DEFENDANT**<br>Pentech Pharmaceuticals, Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 5,602,116 | 2/11/1997 | Bone Care International, Inc. |
| 6,903,083 B2 | 6/7/2005 | Bone Care International, Inc. |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENT |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Michael W. Dobbins | Tiana Davis | 2/22/2008 |