IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>PENTECH PHARMACEUTICALS, INC.,<br><br>*Defendant.* | )<br>)<br>) Civil Action No. 08 C 1083<br>)<br>) JUDGE DOW<br>) MAGISTRATE JUDGE ASHMAN<br>)<br>)<br>)<br>)<br>) |

### Notice of Affiliates Pursuant to Local Rule 3.2 and Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1

Pursuant to Local Rule 3.2 and Fed.R.Civ.P. 7.1, Defendant Pentech Pharmaceuticals, Inc. ("Pentech") states that the only entity that owns 5% or more of Pentech is CIT Group/Venture Capital, Inc. There is no parent corporation of Pentech.

Dated: March 18, 2008

        Respectfully submitted,

        PENTECH PHARMACEUTICALS, INC., *Defendant*

        By   /s/ Robert S. Silver_____
            Robert S. Silver
            Bruce J. Chasan
            Mona Gupta
            William J. Castillo
            William C. Youngblood
            Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
            1635 Market Street, 11th Floor
            Philadelphia, PA 19103
            Telephone: (215) 567-2010
            Facsimile: (215) 751-1142

        and

150906_1

>Robert B. Breisblatt (Il Bar No.0287946)
>Welsh & Katz
>120 S. Riverside Plaza, Suite 2200
>Chicago, IL  60606
>Telephone: (312) 655-1500
>Facsimile:  (312) 655-1501
>
>*Attorneys for Defendant Pentech*
>*Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2008, a true and correct copy of the foregoing **NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2 AND DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** was electronically filed with the Clerk of the Court using CM/ECF and available for viewing and downloading from CM/ECF, and a true and correct copy was served by electronic filing notification via ECF and by first class U.S. Mail to the following:

>Sarah R. Wolff
>Jennifer Yule DePriest
>Reed Smith LLP
>10 South Wacker Drive, 40th Floor
>Chicago, Illinois 60606-7507
>Telephone: (312) 207-1000
>Facsimile: (312) 207-6400

>/s/ Robert S. Silver
>Robert S. Silver

150906_1