## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Bone Care International LLC, et al.

                                            Plaintiff,

v.                                                            Case No.: 1:08−cv−01083

                                                                                       Honorable Robert M. Dow Jr.

Pentech Pharmaceuticals, Inc.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Status hearing held on 4/23/2008. The parties to negotiate the terms of a protective order, and will file a joint motion for a stipulated protective order by 5/9/08. Fact discovery to be completed by 2/20/09. The parties are given to and including 5/23/08 within which to file brief on issue of timing of claim construction; responses due by 5/30/08. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.