

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1083 |
|---|---|
| Bone Care International LLC and Genzyme Corporation, Plaintiffs, v. Pentech Pharmaceuticals, Inc., Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bone Care International LLC and Genzyme Corporation

| NAME (Type or print) |
|---|
| Scott K. Reed |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ *Scott K. Reed* |
| FIRM |
| Fitzpatrick, Cella, Harper & Scinto |
| STREET ADDRESS |
| 30 Rockefeller Plaza |
| CITY/STATE/ZIP |
| New York, NY 10112 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 212-218-2227 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

*FILED APR 22 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*