IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION,<br><br>    *Plaintiffs,*<br><br>v.<br><br>PENTECH PHARMACEUTICALS, INC.,<br><br>    *Defendant.* | No. 08 C 1083<br><br>The Honorable Robert M. Dow, Jr., Judge Presiding<br><br>Magistrate Judge Martin C. Ashman |

**JOINT MOTION FOR TWO WEEK EXTENSION OF TIME
TO FILE PROPOSED STIPULATED PROTECTIVE ORDER**

Plaintiffs Bone Care International LLC and Genzyme Corporation, and Defendant Pentech Pharmaceuticals, Inc., by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(A), hereby submit this joint motion for a two-week extension of time in which to file a joint motion for a stipulated protective order. In support of their joint motion, the parties state as follows:

1. Plaintiffs filed their complaint alleging patent infringement on February 21, 2008.

2. On April 23, 2008, the parties appeared before the Court for an initial status hearing.

3. At the initial status hearing, the Court set some of the parties' agreed proposed dates, including May 9, 2008 as the date for filing a joint motion for a stipulated protective order, and February 20, 2009 as the date for fact discovery cut-off. The Court also set a briefing schedule on the issue of timing of claim construction.

4. Plaintiffs have submitted to Pentech a proposed stipulated protective order, and the parties are in process of negotiating the terms of same.

5. A two-week extension of time in which to file a joint motion for a stipulated protective order will not impact any other dates set by the Court at the initial status hearing.

6. This is the parties' first request for an extension of time, of this or any other date set by the Court.

WHEREFORE, the parties jointly request that the Court grant their Joint Motion for Two Week Extension of Time to File Proposed Stipulated Protective Order, and set May 23, 2008 as the date on or before which the parties must file with the Court a joint motion for a stipulated protective order.

Dated: May 9, 2008

                              Respectfully submitted,

                              */s/ Jennifer Yule DePriest*
                              Sarah R. Wolff (Bar No. 3123733)
                              Jennifer Yule DePriest (Bar No. 6272137)
                              Reed Smith LLP
                              10 South Wacker Drive, 40th Floor
                              Chicago, Illinois 60606-7507
                              Telephone: (312) 207-1000
                              Facsimile: (312) 207-6400
                              jdepriest@reedsmith.com

                              Robert L. Baechtold (admitted pro hac vice)
                              Scott K. Reed (admitted pro hac vice)
                              Filko Prugo (admitted pro hac vice)
                              Fiona E. Darkin (admitted pro hac vice)
                              Daniel J. Minion (admitted pro hac vice)
                              Fitzpatrick, Cella, Harper & Scinto
                              30 Rockefeller Plaza
                              New York, New York 10112-3800
                              Telephone: (212) 218-2100
                              Facsimile: (212) 218-2200

**ATTORNEYS FOR PLAINTIFFS**

_____/s/ Bruce J. Chasan_____
Robert S. Silver
Bruce J. Chasan
Mona Gupta
William J. Castillo
William C. Youngblood
CAESAR, RIVISE, BERNSTEIN, COHEN &
POKOTILOW, LTD.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 751-1142
bjchasan@crbcp.com

Robert B. Breisblatt
KATTEN MUCHEN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5280
(312) 902-1061 (fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed **JOINT MOTION FOR TWO WEEK EXTENSION OF TIME TO FILE PROPOSED STIPULATED PROTECTIVE ORDER** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Robert B. Breisblatt<br>KATTEN MUCHEN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661 | Robert S. Silver<br>Bruce J. Chasan<br>Mona Gupta<br>William J. Castillo<br>William C. Youngblood<br>CAESAR, RIVISE, BERNSTEIN, COHEN &<br>POKOTILOW, LTD.<br>1635 Market Street, 11th Floor<br>Philadelphia, PA 19103 |

/s/ Jennifer Yule DePriest
Sarah R. Wolff (Bar No. 3123733)
Jennifer Yule DePriest (Bar No. 6272137)
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
jdepriest@reedsmith.com

CHILIB-2179184.1-967570-00025