IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION,<br><br>　　　　*Plaintiffs,*<br><br>　　v.<br><br>PENTECH PHARMACEUTICALS, INC.,<br><br>　　　　*Defendant.* | No. 08 C 1083<br><br>The Honorable Robert M. Dow, Jr., Judge Presiding<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

TO:　See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on May 15, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1719, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Joint Motion for Two Week Extension of Time to File Proposed Stipulated Protective Order**, a copy of which is attached hereto and hereby served upon you.

Dated: May 9, 2008.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BONE CARE INTERNATIONAL LLC and
　　　　　　　　　　　　　　　　　GENZYME CORPORATION, *Plaintiffs*

　　　　　　　　　　　　　　　　　By:　　*/s/ Jennifer Yule DePriest*
　　　　　　　　　　　　　　　　　　　　Sarah R. Wolff (Bar No. 3123733)
　　　　　　　　　　　　　　　　　　　　Jennifer Yule DePriest (Bar No. 6272137)
　　　　　　　　　　　　　　　　　　　　Reed Smith LLP
　　　　　　　　　　　　　　　　　　　　10 South Wacker Drive, 40th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606-7507
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 207-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 207-6400
　　　　　　　　　　　　　　　　　　　　jdepriest@reedsmith.com

- 2 -

Robert L. Baechtold (admitted pro hac vice)
Scott K. Reed (admitted pro hac vice)
Filko Prugo (admitted pro hac vice)
Fiona E. Darkin (admitted pro hac vice)
Daniel J. Minion (admitted pro hac vice)
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

## CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2008, I electronically filed the **NOTICE OF MOTION** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Robert B. Breisblatt<br>KATTEN MUCHEN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661 | Robert S. Silver<br>Bruce J. Chasan<br>Mona Gupta<br>William J. Castillo<br>William C. Youngblood<br>CAESAR, RIVISE, BERNSTEIN, COHEN &<br>POKOTILOW, LTD.<br>1635 Market Street, 11th Floor<br>Philadelphia, PA 19103 |

                                              By:   */s/ Jennifer Yule DePriest*
                                                         Sarah R. Wolff (Bar No. 3123733)
                                                         Jennifer Yule DePriest (Bar No. 6272137)
                                                         *Counsel for Plaintiffs*
                                                          REED SMITH LLP
                                                         10 South Wacker Drive, Suite 4000
                                                         Chicago, IL 60606
                                                         (312) 207-1000
                                                         (312) 207-6400 – Fax
                                                         jdepriest@reedsmith.com