**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BONE CARE INTERNATIONAL LLC** and **GENZYME CORPORATION,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**PENTECH PHARMACEUTICALS, INC.,**<br><br>*Defendant*. | No. 08 C 1083<br><br>The Honorable Robert M. Dow, Jr., Judge Presiding<br><br>Magistrate Judge Martin C. Ashman |

**NOTICE OF MOTION**

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on May 29, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1719, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Joint Motion for a Short Briefing Schedule to Address a Single Disputed Issue in the Parties' Proposed Stipulated Protective Order and Extension of Filing Date,** a copy of which is attached hereto and hereby served upon you.

Dated: May 23, 2008

Respectfully submitted,

**BONE CARE INTERNATIONAL LLC** and
**GENZYME CORPORATION,** *Plaintiffs*

By:   */s/ Jennifer Yule DePriest*
Sarah R. Wolff (Bar No. 3123733)
Jennifer Yule DePriest (Bar No. 6272137)
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
jdepriest@reedsmith.com

- 2 -

>Robert L. Baechtold (admitted pro hac vice)
>Scott K. Reed (admitted pro hac vice)
>Filko Prugo (admitted pro hac vice)
>Fiona E. Darkin (admitted pro hac vice)
>Daniel J. Minion (admitted pro hac vice)
>Fitzpatrick, Cella, Harper & Scinto
>30 Rockefeller Plaza
>New York, New York 10112-3800
>Telephone: (212) 218-2100
>Facsimile: (212) 218-2200

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2008, I electronically filed the **NOTICE OF MOTION** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Robert B. Breisblatt | Robert S. Silver |
| KATTEN MUCHEN ROSENMAN LLP | Bruce J. Chasan |
| 525 West Monroe Street | Mona Gupta |
| Chicago, IL 60661 | William J. Castillo |
| | William C. Youngblood |
| | CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD. |
| | 1635 Market Street, 11th Floor |
| | Philadelphia, PA 19103 |

      By:   */s/ Jennifer Yule DePriest*
           Sarah R. Wolff (Bar No. 3123733)
           Jennifer Yule DePriest (Bar No. 6272137)
           *Counsel for Plaintiffs*
           REED SMITH LLP
           10 South Wacker Drive, Suite 4000
           Chicago, IL 60606
           (312) 207-1000
           (312) 207-6400 – Fax
           jdepriest@reedsmith.com