**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Bone Care International LLC, et al.
                                 Plaintiff,

v.                                                     Case No.: 1:08−cv−01083
                                                         Honorable Robert M. Dow Jr.

Pentech Pharmaceuticals, Inc.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

     MINUTE entry before the Honorable Robert M. Dow, Jr:Joint Motion for a short briefing schedule to address a single disputed issue in the parties' proposed stipulated protective order and extension of filing date [40] is granted. The parties are given to and including 6/3/08 to file a brief (limited to 5 pages) in support of their respective positions. The parties are given until 6/10/08(limited to 5 pages) response briefs. The Court also extend the date by which the parties must file a joint motion for a proposed stipulated protective order until such time as the Court rules on the disputed issue.Notice of Motion date of 5/29/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.