# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 C 1083

Bone Care International LLC
v
Pentech Pharmaceuticals, Inc.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Pentech Pharmaceuticals, Inc.


| | |
|---|---|
| **NAME (Type or print)**<br>Craig M. Kuchii | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Craig M. Kuchii | |
| **FIRM**<br>Katten Muchin Rosenman, LLP | |
| **STREET ADDRESS**<br>525 West Monroe Street, Suite 1900 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois  60661 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6283309 | **TELEPHONE NUMBER** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |