# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1083

BONE CARE INTERNATIONAL LLC
and GENZYME CORPORATION

v.

PENTECH PHARMACEUTICALS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BONE CARE INTERNATIONAL LLC
and GENZYME CORPORATION

| |
|---|
| NAME (Type or print) <br> Raven Moore |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Raven Moore |
| FIRM <br> REED SMITH LLP |
| STREET ADDRESS <br> 10 South Wacker Drive- 40th Floor |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280665 | 312.207.1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, a copy of the foregoing **Appearance of Raven Moore** was filed electronically.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                */s/ Raven Moore*
                                                Raven Moore