UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PENTECH PHARMACEUTICALS, INC.,<br><br>*Defendant*. | Civil Action No.: 08-cv-1083<br><br>Honorable Robert M. Dow Jr.<br>Magistrate Judge Martin C. Ashman |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO ANSWER INTERROGATORIES**

Plaintiffs Bone Care International LLC and Genzyme Corporation (hereinafter collectively "Genzyme" or "Plaintiffs"), by their attorneys, hereby request that the Court extend the date by which Plaintiffs must answer Defendant Pentech Pharmaceuticals, Inc.'s First Set of Interrogatories to Plaintiffs by 30 days, or until June 30, 2008. In support of this motion, Plaintiffs state as follows:

1. On April 25, 2008, Defendants served Defendant Pentech Pharmaceuticals, Inc.'s First Set of Interrogatories to Plaintiffs. Pursuant to Federal Rules of Civil Procedure 6 and 33, Plaintiffs' answers to these interrogatories are due May 30, 2008.

2. Defendants' interrogatories are contention interrogatories and require a substantial amount of work to respond. Accordingly, the parties have undertaken to discuss an agreed schedule to extend the time by which Plaintiffs must answer them; however, those discussions are not concluded.

3. Consequently, Plaintiffs respectfully request an extension of 30 days, or until June 30, 2008, to file its answers to Defendant Pentech Pharmaceuticals, Inc.'s First Set of Interrogatories. By that time, Plaintiffs expects that the parties will have reached a mutually agreeable schedule to present to the Court.

4. This extension of time will neither prejudice the Defendant nor impact the fact discovery close date set by the Court.

5. This is Plaintiffs' first request for an extension of time to answer the Interrogatories.

6. Local Counsel for Plaintiffs, Sarah Wolff, has discussed this motion with Local Counsel for Defendant, Robert Breisblatt, who indicated that he has no objection to the filing of the motion, but that because he has not had an opportunity to discuss the motion with his client, he cannot consent to the extension.

WHEREFORE, the Plaintiffs Bone Care International LLC and Genzyme Corporation respectfully request that the Court grant their Motion for Extension of Time to File Answers to Interrogatories until June 30, 2008.

Dated: May 30, 2008

Respectfully submitted,

/s/ Raven Moore
Sarah R. Wolff (Bar No. 3123733)
Jennifer Yule DePriest (Bar No. 6272137)
Raven Moore (Bar No. 6280665)
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
jdepriest@reedsmith.com

Robert L. Baechtold (admitted pro hac vice)
Scott K. Reed (admitted pro hac vice)
Filko Prugo (admitted pro hac vice)
Fiona E. Darkin (admitted pro hac vice)
Daniel J. Minion (admitted pro hac vice)
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, a copy of the foregoing **Plaintiffs' Motion for Extension of Time to Answer Interrogatories** was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ Raven Moore
Raven Moore