**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **BONE CARE INTERNATIONAL LLC** and **GENZYME CORPORATION**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**PENTECH PHARMACEUTICALS, INC.**,<br><br>*Defendant*. | )<br>)<br>)    **Civil Action No.: 08-cv-1083**<br>)<br>)<br>)    **Honorable Robert M. Dow Jr.**<br>)    **Magistrate Judge Martin C. Ashman**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on June 5, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1719, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Plaintiff's Motion for Extension of Time to Answer Interrogatories,** a copy of which is attached hereto and hereby served upon you.

Dated: May 30, 2008

                                                  Respectfully submitted,

                                                  **BONE CARE INTERNATIONAL LLC** and
                                                  **GENZYME CORPORATION,** *Plaintiffs*

                                                  By:   */s/ Raven Moore*
                                                  Sarah R. Wolff (Bar No. 3123733)
                                                  Jennifer Yule DePriest (Bar No. 6272137)
                                                  Raven Moore (Bar No. 6280665)
                                                  Reed Smith LLP
                                                  10 South Wacker Drive, 40th Floor
                                                  Chicago, Illinois 60606-7507
                                                  Telephone: (312) 207-1000
                                                  Facsimile: (312) 207-6400
                                                  rmoore@reedsmith.com

- 2 -

        Robert L. Baechtold (admitted pro hac vice)
        Scott K. Reed (admitted pro hac vice)
        Filko Prugo (admitted pro hac vice)
        Fiona E. Darkin (admitted pro hac vice)
        Daniel J. Minion (admitted pro hac vice)
        Fitzpatrick, Cella, Harper & Scinto
        30 Rockefeller Plaza
        New York, New York 10112-3800
        Telephone: (212) 218-2100
        Facsimile: (212) 218-2200

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 30, 2008, I electronically filed the **NOTICE OF MOTION** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Robert B. Breisblatt | Robert S. Silver |
| KATTEN MUCHEN ROSENMAN LLP | Bruce J. Chasan |
| 525 West Monroe Street | Mona Gupta |
| Chicago, IL 60661 | William J. Castillo |
| | William C. Youngblood |
| | CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD. |
| | 1635 Market Street, 11th Floor |
| | Philadelphia, PA 19103 |

            By:  */s/ Jennifer Yule DePriest*
               Sarah R. Wolff (Bar No. 3123733)
               Jennifer Yule DePriest (Bar No. 6272137)
               Raven Moore (Bar No. 6280665)
               *Counsel for Plaintiffs*
               REED SMITH LLP
               10 South Wacker Drive, Suite 4000
               Chicago, IL 60606
               (312) 207-1000
               (312) 207-6400 – Fax
               rmoore@reedsmith.com