### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| **BONE CARE INTERNATIONAL LLC** | ) |
| **and GENZYME CORPORATION,** | ) |
|  | ) **Civil Action No. 08 C 1083** |
| **Plaintiffs,** | ) |
|  | ) **JUDGE DOW** |
| **v.** | ) **MAGISTRATE JUDGE ASHMAN** |
|  | ) |
| **PENTECH PHARMACEUTICALS,** | ) |
| **INC.,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

### DECLARATION OF BRUCE RONSEN, Ph.D

I, BRUCE RONSEN, declare and state as follows:

1.     I am Vice President of Research & Development for Pentech Pharmaceuticals, Inc. ("Pentech").  I submit this declaration based on personal knowledge in support of Defendant Pentech's Brief in Support of Designating Certain Portions of its ANDA as Highly Confidential Under the Proposed Stipulated Protective Order.  I have personal knowledge of the facts set forth herein except where stated to be on information and belief, in which case, I believe those facts to be true.

2.     Pentech is engaged in the research, development and commercialization of novel prescription drug therapies, delivery systems and applications that improve quality of life and enhance the lifestyle of patients across the adolescent and adult age-spectrum with particular attention to the needs of the aging population.

3.     Pentech is a privately-held pharmaceutical company of only 11 employees established in 1993 to investigate and develop safe and effective pharmaceutical products for the treatment and management of quality of life and lifestyle conditions.

183275_1

4.      In 1967, I received a B.A. degree in Chemistry, Physics and Mathematics from the North Central College, Naperville, IL. In 1974, I received a Ph.D. degree in Pharmacology from University of Health Sciences/Chicago Medical School.

5.      I have been employed by Pentech since 1995 during which time I have held the position of Vice President.

6.      As Pentech is a relatively small pharmaceutical company, my current responsibilities are many and include managing, advising, hiring and supervising employees, including 7 scientists. As such, I have an in depth understanding of Pentech's research and development efforts, products, sales, ventures, competitors and assets, including its intellectual property.

7.      Pentech does not have in-house legal counsel and therefore relies solely on retained or outside counsel for advice during litigation and in other legal matters. In particular, Pentech relies solely on advice from outside counsel in developing case strategy, weighing the merits of Pentech's litigation positions, and managing case activities and resources during litigation.

8.      Bone   Care   International   LLC   and   Genzyme   Corporation   ("Bone Care/Genzyme"), the Plaintiffs in this lawsuit, are direct competitors of Pentech in the marketplace. As their website (www.genzyme.com) indicates, Bone Care/Genzyme have 10,000 employees around the world with annual revenues exceeding $3 billion. Also according to the website, Bone Care/Genzyme's products and services are focused on rare inherited disorders, kidney disease, orthopedics, transplant, cancer and diagnostic testing…with a substantial research and development program focused on these fields, as well as immune disease, infectious disease and other areas of unmet medical need." Similarly, Pentech is a pharmaceutical

company which also researches and develops products to treat kidney disease, neurological disorders such as Parkinson's disease (a rare inherited disorder), skin inflammation and other skin disorders such as psoriasis (which can  be an immune disorder) and sexual dysfunction (which can be a rare inherited disorder).

9.    Bone Care/Genzyme markets and sells HECTOROL® (doxercalciferol) that is currently used for the treatment of secondary hyperparathyroidism in patients with chronic kidney disease on dialysis.  Pentech has filed an Abbreviated New Drug Application ("ANDA") No. 90-040 with the U.S. Food and Drug Administration ("FDA") seeking approval to engage in the commercial manufacture and sale of a doxercalciferol, 2µg/mL injection.  On information and belief, when approved by FDA, Pentech's doxercalciferol injection will directly compete with HECTOROL® in the marketplace.

10.    Pentech considers the processes by which it manufactures and tests the (1) active pharmaceutical ingredient ("API") and (2) the final doxercalciferol containing product that is the subject of its ANDA No. 90-040 to be highly confidential trade secrets.  On information and belief, these trade secrets are proprietary, valuable and critical toward assuring Pentech's future financial well-being, growth and success in the market.

11.    Pentech's processes for manufacturing and testing the API and final doxercalciferol containing product are described in the Chemistry, Manufacturing and Control ("CMC") section of Pentech's ANDA No. 90-040 and other related documents.  Pentech has agreed to provide two Bone Care/Genzyme's in-house counsel access to all sections of ANDA No. 90-040, other than those that concern CMC and related documents that concern CMC.

12.    On information and belief, disclosure of Pentech's manufacturing and testing processes for its API and the final doxercalciferol containing product to a direct competitor like Bone Care/Genzyme would severely jeopardize the proprietary nature of these trade secrets.


I certify under the penalties of perjury that the foregoing is true and correct.

Dated: June 3, 2008

Bruce Ronsen, Ph.D