**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bone Care International LLC, et al.
          Plaintiff,

v.                 Case No.: 1:08−cv−01083
                Honorable Robert M. Dow Jr.

Pentech Pharmaceuticals, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

   MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Plaintiffs Bone Care International LLC, Genzyme Corporation for extension of time to answer interrogatories [48] is granted to and including 6/30/08. Notice of Motion date of 6/5/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.