# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BONE CARE INTERNATIONAL LLC** and **GENZYME CORPORATION,**  *Plaintiffs*,  v.  **PENTECH PHARMACEUTICALS, INC.,**  *Defendant*. | Civil Action No.: 08-cv-1083  Honorable Robert M. Dow Jr.  Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

     **PLEASE TAKE NOTICE** that on June 19, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1919, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint for Patent Infringement**, a copy of which is attached hereto and hereby served upon you.

Dated:  June 12, 2008

                            Respectfully submitted,

                            **BONE CARE INTERNATIONAL LLC** and
                            **GENZYME CORPORATION,** *Plaintiffs*

                            By:   */s/ Raven Moore*
                            Sarah R. Wolff (Bar No. 3123733)
                            Jennifer Yule DePriest (Bar No. 6272137)
                            Raven Moore (Bar No. 6280665)
                            Reed Smith LLP
                            10 South Wacker Drive, 40th Floor
                            Chicago, Illinois 60606-7507
                            Telephone: (312) 207-1000
                            Facsimile: (312) 207-6400
                            rmoore@reedsmith.com

- 2 -

                Robert L. Baechtold (admitted pro hac vice)
                Scott K. Reed (admitted pro hac vice)
                Filko Prugo (admitted pro hac vice)
                Fiona E. Darkin (admitted pro hac vice)
                Daniel J. Minion (admitted pro hac vice)
                Fitzpatrick, Cella, Harper & Scinto
                30 Rockefeller Plaza
                New York, New York 10112-3800
                Telephone: (212) 218-2100
                Facsimile: (212) 218-2200

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 12, 2008, I electronically filed the **NOTICE OF MOTION** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Robert B. Breisblatt | Robert S. Silver |
| KATTEN MUCHEN ROSENMAN LLP | Bruce J. Chasan |
| 525 West Monroe Street | Mona Gupta |
| Chicago, IL 60661 | William J. Castillo |
| | William C. Youngblood |
| | CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD. |
| | 1635 Market Street, 11th Floor |
| | Philadelphia, PA 19103 |

                                          By:  */s/ Raven Moore*
                                                   Sarah R. Wolff (Bar No. 3123733)
                                                   Jennifer Yule DePriest (Bar No. 6272137)
                                                   Raven Moore (Bar No. 6280665)
                                                   *Counsel for Plaintiffs*
                                                   REED SMITH LLP
                                                   10 South Wacker Drive, Suite 4000
                                                 Chicago, IL 60606
                                                 (312) 207-1000
                                                 (312) 207-6400 – Fax
                                                 rmoore@reedsmith.com