# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1083 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Bone Care vs. Pentech | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Unopposed Motion for leave to file [55] Plaintiffs' First Amended Complaint for Patent Infringement is granted. Notice of Motion date of 6/19/08 is stricken and no appearance will be necessary on that date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|