**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BONE CARE INTERNATIONAL LLC** and **GENZYME CORPORATION,** ) ) ) ) | **Civil Action No.: 08-cv-1083** |
| *Plaintiffs,* ) ) ) | |
| v. ) ) ) | **Honorable Robert M. Dow Jr.** **Magistrate Judge Martin C. Ashman** |
| **PENTECH PHARMACEUTICALS, INC.** and **COBREK PHARMACEUTICALS, INC.,** ) ) ) ) ) ) | |
| *Defendant.* ) | |

**AGREED JOINT MOTION FOR EXTENSION OF TIME**
**TO ANSWER INTERROGATORIES**

Plaintiffs Bone Care International LLC and Genzyme Corporation and Defendant

Pentech Pharmaceuticals, Inc., by and through their respective undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 6(b)(A), hereby submit this Agreed Joint Motion for

Extension of Time to Answer Interrogatories until August 1, 2008.  In support of this joint

motion, the parties state as follows:

1.      Plaintiffs filed their complaint alleging patent infringement on February 21, 2008.

2.      On April 25, 2008, Defendant served its first set of interrogatories on Plaintiffs.

Plaintiffs' answers to these interrogatories were due May 30, 2008.

3.      On May 19, 2008, Plaintiffs served their first set of interrogatories on Defendant.

Defendant's answers to these interrogatories are due on or about June 23, 2008.

4.      On May 30, 2008, Plaintiffs filed a motion to extend the date by which Plaintiffs

must answer Defendant's interrogatories until June 30, 2008.  The Court granted this motion on

June 4, 2008.

5.      The parties have since agreed to exchange interrogatory responses, including

Plaintiffs' responses to Defendant's first set of interrogatories and Defendant's responses to

Plaintiffs' first set of interrogatories, on August 1, 2008.  The parties have further agreed that

neither side waives its right to make objections by delaying its service of interrogatory responses

until that date.

6.      This extension of time will not impact the fact discovery close date set by the

Court.

WHEREFORE, the Plaintiffs Bone Care International LLC and Genzyme Corporation

and Defendant Pentech Pharmaceuticals, Inc. respectfully request that the Court grant this

Agreed Joint Motion for Extension of Time to File Answers to Interrogatories, thereby giving the

parties until August 1, 2008 to serve their interrogatory responses.

Dated:  June 23, 2008

Respectfully submitted,


                                    /s/ Raven Moore
                            Sarah R. Wolff (Bar No. 3123733)
                            Jennifer Yule DePriest (Bar No. 6272137)
                            Raven Moore (Bar No. 6280665)
                            Reed Smith LLP
                            10 South Wacker Drive, 40th Floor
                            Chicago, Illinois 60606-7507
                            Telephone: (312) 207-1000
                            Facsimile: (312) 207-6400
                            rmoore@reedsmith.com

Robert L. Baechtold (admitted pro hac vice)
Scott K. Reed (admitted pro hac vice)
Filko Prugo (admitted pro hac vice)
Fiona E. Darkin (admitted pro hac vice)
Daniel J. Minion (admitted pro hac vice)
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200


**ATTORNEYS FOR PLAINTIFFS**



        */s/ Bruce J. Chasan*
Robert S. Silver
Bruce J. Chasan
Mona Gupta
William J. Castillo
William C. Youngblood
CAESAR, RIVISE, BERNSTEIN, COHEN &
POKOTILOW, LTD.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 751-1142
bjchasan@crbcp.com

Robert B. Breisblatt
KATTEN MUCHEN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5280
(312) 902-1061 (fax)

**ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 23, 2008, a copy of the foregoing **Agreed Joint Motion for**

**Extension of Time to Answer Interrogatories** was filed electronically.  Notice of this filing

will be sent to counsel of record by operation of the Court's electronic filing system.


_/s/ Raven Moore_
Raven Moore