# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PENTECH PHARMACEUTICALS, INC.,<br><br>*Defendant*. | Civil Action No.: 08-cv-1083<br><br>Honorable Robert M. Dow Jr.<br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on June 26, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1919, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Agreed Joint Motion for Extension of Time to Answer Interrogatories**, a copy of which is attached hereto and hereby served upon you.

Dated:  June 23, 2008

Respectfully submitted,

**BONE CARE INTERNATIONAL LLC** and
**GENZYME CORPORATION,** *Plaintiffs*

By:   */s/ Raven Moore*
Sarah R. Wolff (Bar No. 3123733)
Jennifer Yule DePriest (Bar No. 6272137)
Raven Moore (Bar No. 6280665)
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
rmoore@reedsmith.com

- 2 -

        Robert L. Baechtold (admitted pro hac vice)
        Scott K. Reed (admitted pro hac vice)
        Filko Prugo (admitted pro hac vice)
        Fiona E. Darkin (admitted pro hac vice)
        Daniel J. Minion (admitted pro hac vice)
        Fitzpatrick, Cella, Harper & Scinto
        30 Rockefeller Plaza
        New York, New York 10112-3800
        Telephone: (212) 218-2100
        Facsimile: (212) 218-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, a copy of the foregoing **Agreed Joint Motion for Extension of Time to Answer Interrogatories** was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                              */s/ Raven Moore*
                                              Raven Moore