IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BONE CARE INTERNATIONAL LLC** and **GENZYME CORPORATION,** | ) ) ) | |
| *Plaintiffs,* | ) ) | No. 08 C 1083 |
| v. | ) ) ) | The Honorable Robert M. Dow, Jr., Judge Presiding |
| **PENTECH PHARMACEUTICALS, INC.,** | ) ) ) | Magistrate Judge Martin C. Ashman |
| *Defendant.* | ) ) ) | |

## NOTICE OF MOTION

TO:    See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on July 31, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1719, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Plaintiffs' Motion for Leave to Supplement Authority in Support of Briefing Regarding Timing of Claim Construction,** a copy of which is attached hereto and hereby served upon you.

Dated: July 25, 2008

Respectfully submitted,

**BONE CARE INTERNATIONAL LLC** and
**GENZYME CORPORATION,** *Plaintiffs*

By:    */s/ Jennifer Yule DePriest*
        Sarah R. Wolff (Bar No. 3123733)
        Jennifer Yule DePriest (Bar No. 6272137)
        Raven Moore (Bar No. 6280665)
        Reed Smith LLP
        10 South Wacker Drive, 40th Floor
        Chicago, Illinois 60606-7507
        Telephone: (312) 207-1000
        Facsimile: (312) 207-6400
        jdepriest@reedsmith.com

- 2 -

Robert L. Baechtold (admitted pro hac vice)
Scott K. Reed (admitted pro hac vice)
Filko Prugo (admitted pro hac vice)
Fiona E. Darkin (admitted pro hac vice)
Daniel J. Minion (admitted pro hac vice)
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2008, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

_/s/ Jennifer Yule DePriest_
Jennifer Yule DePriest

CHILIB-2179193.1-jydeprie-967570-00025