## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Bone Care International LLC, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−01083
                                                      Honorable Robert M. Dow Jr.

Pentech Pharmaceuticals, Inc., et al.
                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiffs' motion for leave to supplement authority in support of briefing regarding timing of claim construction [63] is granted. Notice of motion date of 7/31/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.