IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONE CARE INTERNATIONAL LLC and GENZYME CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PENTECH PHARMACEUTICALS, INC. and COBREK PHARMACEUTICALS, INC., <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 08 C 1083 <br> ) <br> ) JUDGE DOW <br> ) MAGISTRATE JUDGE ASHMAN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF ROBERT S. SILVER, ESQ.**

I, ROBERT S. SILVER, declare and state as follows:

1.  I am a shareholder/partner in the law firm of Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd., and am lead counsel for Defendants Pentech Pharmaceuticals, Inc. and Cobrek Pharmaceuticals, Inc. (collectively "Pentech") in the above-captioned case.

2.  I submit this declaration based on personal knowledge in support of Defendants' Response to Plaintiffs' Motion for Leave to Supplement Authority in Support of Briefing Regarding Timing of Claim Construction. I have personal knowledge of the facts set forth herein except where stated to be on information and belief, in which case, I believe those facts to be true.

3.  Defendant Pentech is also a Defendant in two other ANDA lawsuits against Connetics Corporation and Stiefel Research Australia Pty. Ltd. (collectively "Connetics") currently pending in this Court:

    • *Connetics v. Pentech*, Civil Action No. 07-cv-6297 (Judge Joan B. Gottschall) (hereinafter "*Connetics/Pentech I*").

201966_1

EXHIBIT 1

> • *Connetics v. Pentech*, Civil No 08-cv-2230 (Judge James B. Moran) (hereinafter "*Connetics/Pentech II*").

I am lead counsel for Pentech in both *Connetics/Pentech I* and *II* litigations.[1]

4. On July 22, 2008, I attended in person the Initial Status Conference before Judge Moran on behalf of Pentech in the *Connetics/Pentech II* litigation. This conference took place in Judge Moran's chambers.

5. During the Initial Status Conference, the timing of the claim construction briefing and hearing process was discussed. Pentech's position was that the claim construction process should commence early and proceed *concurrently* with fact discovery. This is the same position that Pentech is taking in this matter, as set forth in its briefs. (Docket Entry Nos. 38 and 46).

6. Connetics' position on the timing of claim construction in the *Connetics/Pentech II* litigation is similar to Plaintiffs' position in this matter that claim construction take place *after* the close of fact discovery.

7. During the Initial Status Conference, Judge Moran agreed with Pentech's position that the claim construction be held early, before the end of fact discovery. Further, Judge Moran ordered that the Status Hearing be held and continued to February 11, 2009 and fact discovery close on June 12, 2009. (*See* copy of Minute Entry Order attached hereto as Ex. A). Judge Moran stated that the claim construction briefing schedule would be addressed at the February 11, 2009 Status Conference. Since there was no court reporter present at the Initial Status Conference, there was no transcript of the hearing.

8. Judge Moran agreed with Pentech's position on an early claim construction before the close of fact discovery despite the fact that earlier on July 14, 2008 Judge Gottschall had

---

[1] In both the *Connetics/Pentech I* and *II* litigations, counsel for Connetics has advised me that Connetics will be amending the Complaint to add Cobrek Pharmaceuticals, Inc. as a Co-Defendant.

denied Pentech's Motion for having the claim construction process proceed concurrently with fact discovery. (*See* Ex. A to Plaintiff's Motion for Leave, Docket Entry No. 63).

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: July 29, 2008            _____/s/ Robert S. Silver\_\_\_\_
                                Robert S. Silver

*** Slip Sheet ***



Order Form (01/2005)   Case 1:08-cv-02230   Document 31   Filed 07/22/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2230 | **DATE** | 7/22/2008 |
| **CASE TITLE** | CONNETICS CORPORATION, et al vs. PENTECH PHARMACEUTICALS, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 2/11/2009 at 9:15 a.m. Parties agree to exchange disclosures by 8/18/2008; fact discovery to close on 6/12/2009; final date to amend pleadings is 2/7/2009. Enter Stipulated Protective Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:20



| | Courtroom Deputy Initials: | LG |
|---|---|---|



08C2230 CONNETICS CORPORATION, et al vs. PENTECH PHARMACEUTICALS, INC.   Page 1 of 1