**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bone Care International LLC, et al.

          Plaintiff,

v.                 Case No.: 1:08–cv–01083
                 Honorable Robert M. Dow Jr.

Pentech Pharmaceuticals, Inc., et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has received Defendants' response [68] to Plaintiffs' motion for leave to file supplemental authority [63]. In that response, Defendants called to the Court's attention a ruling by Judge Moran that Defendants contend is contrary to the ruling by Judge Gottschall that Plaintiffs asked the Court to consider as supplemental authority. The Court will consider both supplemental authorities in resolving the claim construction timing issue that the parties have briefed.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.