**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Bone Care International LLC, et al.
                              Plaintiff,

v.                                        Case No.: 1:08−cv−01083
                                          Honorable Robert M. Dow Jr.

Pentech Pharmaceuticals, Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, September 10, 2008:


MINUTE entry before the Honorable Robert M. Dow, Jr:Motion of Kimberley A. Gavin for leave to appear Pro Hac Vice [72] on behalf of Plaintiffs Bone Care International LLC and Genzyme Corporation is granted.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.