# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Bone Care International LLC, et al.

                                  Plaintiff,

v.                                                       Case No.: 1:08–cv–01083
                                                       Honorable Robert M. Dow Jr.

Pentech Pharmaceuticals, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2009:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held.Sealed motion [190] is entered and continued generally as stated in open court. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.