# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
## Eastern Division

Bone Care International LLC, et al.

                            Plaintiff,

v.                                                     Case No.: 1:08–cv–01083

                                                            Honorable Robert M. Dow Jr.

Pentech Pharmaceuticals, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 19, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Memorandum Opinion and Order, dated 10/19/2010, For the foregoing reasons and subject to the caveat set forth in the preceding paragraph, the Court concludes that Defendants have satisfied the four–factor Rule 404(b) test with respect to evidence they seek to offer of alleged misrepresentations and omissions to the PTO during prosecution of the applications ultimately leading to issuance of the `116 patent. The Court therefore denies Plaintiffs' motion [526] to bar such evidence at trial. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.