# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 08 C 1083 | **DATE** | 10/21/2010 |
| **CASE TITLE** | Bone Care vs. Pentech | | |

**DOCKET ENTRY TEXT**

MOTION for Leave to Appear Pro Hac Vice for plaintiff Genzyme Corporation by attorney Brian D. O'Reilly; [548] is granted.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | TBK |